UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL UTAH,<br><br>                      Plaintiff,<br><br>-against-<br><br>MTA COPERATION; MTA POLICE; ALL COMPANIES ASSOCIATED WITH MTA; ALL TRAIN ASSOCIATED WITH MTA; ALL HOSPITALS; MTA LIRR; ALL MENTAL HEALTH AGENCY; FIRE DEPARTMENT; MILITARY; MTA COOPERATION; ALL HOSPITALS; NYPD; LONG ISLAND RAIL ROAD,<br><br>                      Defendants. | 1:19-CV-10671 (LLS)<br><br>CIVIL JUDGMENT |

     Pursuant to the order issued January 29, 2020, dismissing this action as frivolous,

     IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

     IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 7.)

SO ORDERED.

Dated:   January 30, 2020
           New York, New York

                                                                   _Louis L. Stanton_
                                                                      Louis L. Stanton
                                                                           U.S.D.J.